IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:

EVELINA N. DOAKES

DEBTOR

CASE NO 12-11190
SECTION A

CHAPTER 13

## Petition to Amend

The petition of Evelina N. Doakes (hereinafter referred to as "Debtor") through undersigned counsel, respectfully represents:

1. The Chapter 13 plan is being amended to reflect the correct amount to be paid to secured and priority creditors based on claims filed. The plan payment will remain at $125.00 per month while the term of the plan increases from 36 months to 38 months and the payout to unsecured creditors decreases from 2% to 0%.

Wherefore, Debtor prays that the amended Schedule(s) be filed of record herein.

Date June 18, 2012

/Debtor Evelina N. Doakes

Timothy P. Kirkpatrick 20251
Mark Needham 9914
Kirkpatrick and Associates, LLC
3501 N. Causeway Blvd., Ste# 750
Metairie, LA 70002
504-828-3311

# United States Bankruptcy Court
### Eastern District of Louisiana

| In re | Evelina N. Doakes | | Case No. | 12-11190 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

## CHAPTER 13 PLAN - AMENDED

1. **Payments to the Trustee:** The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$125.00** per month for **38** months.

   Total of plan payments: **$4,750.00**

2. **Plan Length:** This plan is estimated to be for **38** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the amount of their allowed secured claims have been fully paid or until the Debtor has been discharged. Upon payment of the amount allowed by the Court as a secured claim in the Plan, the secured creditors included in the Plan shall be deemed to have their full claims satisfied and shall terminate any mortgage, lien or security interest on the Debtor's property which was in existence at the time of the filing of the Plan, or the Court may order termination of such mortgage, lien or security interest.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:   **5.20%**
      (2) Attorney's Fee (unpaid portion):   **$3,581.00 to be paid through plan in monthly payments**
      Attorney's fees are subject to application and approval of the court. All Attorney fees and any unpaid filing fee through the plan will be paid as 100% of the total disbursement after Trustee fee payment until the fees are paid in full except as may be provided for in sec. 13 below or as provided for in General Order 2011-1
      (3) Filing Fee (unpaid portion):   **NONE**

   b. Priority Claims under 11 U.S.C. § 507

   | Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | -NONE- | | | | |

   c. Secured Claims
      (1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | -NONE- | | | | |

   (2) Secured Debts Which Will Extend Beyond the Length of the Plan

   | Name/Description of Collateral | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
   |---|---|---|---|---|
   | -NONE- | | | | |

    d.   Unsecured Claims
        (1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| -NONE- | | | | |

        (2) General Nonpriority Unsecured: Other unsecured debts shall be paid **0** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Name/Description of Collateral | Amount of Default to be Cured | Monthly Payment | Interest Rate (If specified) | Total Payments |
|---|---|---|---|---|
| **Wells Fargo** <br> **2007 Chevrolet Impala SS** | **859.48** | **Prorata** | **0.00%** | **859.48** |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **Ocwen** | **4430 St. Bernard Avenue, New Orleans, LA 70122** | **200,000.00** | **184,834.00** |
| **Wells Fargo** | **2007 Chevrolet Impala SS** | **11,617.00** | **10,740.52** |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
**NONE. Payments to be made directly by debtor without wage deduction.**

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| -NONE- | |

9. Property to Be Surrendered to Secured Creditor

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| **GE Money Bank** | **2007 Honda Four Wheeler - Surrendering (in possession of Cleophus Green, 504-914-9723)** | **5,534.00** | **5,534.00** |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Collateral | Market Value | Amount of Claim |
|---|---|---|---|
| -NONE- | | | |

11. Title to the Debtor's property shall revest in debtor on confirmation of a plan.

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

## SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

Total debt provided under the Plan and administrative expenses:

| | |
|---|---:|
| 1. Attorney Fees | 3,581.00 |
| 2. Arrearages | 859.48 |
| 3. Secured Claims | 0.00 |
| 4. Priority Claims | 0.00 |
| 5. Separate Class of Unsecured Claims | 0.00 |
| 6. All other unsecured claims | 62.52 |
| Total payments to above Creditors | 4,503.00 |
| Trustee fees | 247.00 |
| Total Debtor payments to the Plan | 4,750.00 |

Reconciliation with Chapter 7:

| | |
|---|---:|
| Interest of unsecured creditors if Chapter 7 filed | |
| Total property of debtor | 240,401.00 |
| Property securing debt (excludes avoided liens) | 201,968.00 |
| Priority unsecured claims (Schedule E) | 0.00 |
| Exempt property | 37,266.00 |
| Administrative Costs | 1,500.00 |
| Available to General Unsecured (Under Chapter 7) | 0.00 |
| Total General Unsecured | 45,197.16 |

Percent of unsecured, nonpriority claims paid if Chapter 7 filed (est.)   0%

Percent of unsecured, nonpriority claims paid under Plan   0%

Date June 18, 2012     Signature /s/ Evelina N. Doakes
                                  Evelina N. Doakes
                                  Debtor

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:

EVELINA N. DOAKES

DEBTOR

CASE NO 12-11190
SECTION A

CHAPTER 13

### Certificate of Service

The undersigned does hereby certify that the forgoing Petition to Amend has been served through the Court's electronic filing system upon: Chapter 13 Trustee, S.J. Beaulieu ecf@ch13no.com and the Office of the U.S. Trustee, ustpregion05.nr.ecf @usdoj.gov and via first class mail, postage prepaid and properly addressed, on the persons listed on the attached mailing matrix on June 18, 2012.

Timothy P. Kirkpatrick 20251

Evelina N. Doakes
4430 St. Bernard Avenue
New Orleans, LA 70122

AFNI, Inc.
1310 MLK Drive
Bloomington, IL 61702-3427

Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711

Amc Mortgage Services
2077 N Main St Ste 1050
Santa Ana, CA 92706

Bank Of America
Po Box 1598
Norfolk, VA 23501

Benfcl/Hfc
Po Box 3425
Buffalo, NY 14240

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
Po Box 85015
Richmond, VA 23285

Capital One, Na
Po Box 30273
Salt Lake City, UT 84130

Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548

Cb Of The Hudson Valle
155 N Plank Rd
Newburgh, NY 12550

CBCS
P. O. Box 69
Columbus, OH 43216

Chase
Po Box 15298
Wilmington, DE 19850

Chase/Cc
Po Box 15298
Wilmington, DE 19850

Citi Ctb
Po Box 22066
Tempe, AZ 85285

Crdt First
6275 Eastland Road
Brook Park, OH 44142-1399

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Ford Motor Credit Cmpany
P. O. Box 689007
Franklin, TN 37068

GE Money Bank
P.O. Box 960061
Orlando, FL 32896

GE Money Bank
P. O. Box 965036
Orlando, FL 32896

Gecrb/American Honda
Po Box 981439
El Paso, TX 79998

Gecrb/Dillards
Po Box 981400
El Paso, TX 79998

Gecrb/Jcp
Po Box 984100
El Paso, TX 79998

Gecrb/Linen N Things
Po Box 981400
El Paso, TX 79998

Gecrb/Mervyns
Po Box 981400
El Paso, TX 79998

Gecrb/Sams
Po Box 965005
Orlando, FL 32896

Gecrb/Sams Club
Po Box 981400
El Paso, TX 79998

Gecrb/Tire Kingdom
Po Box 981439
El Paso, TX 79998

Gecrb/Walmart
Po Box 981400
El Paso, TX 79998

Homeq Servicing
Po Box 13716
Sacramento, CA 95853

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

Jacob Buckler
C/o Law Office of Masterson & Arostegui
3838 N Causeway Blvd, Suite 2060
Metairie, LA 70002

Kelsey Cooper
4430 St. Bernard Avenue
New Orleans, LA 70122

Kirshmans
5050 Alamonaster
New Orleans, LA 70126

Lanebryant

Law Office of Masterson & Arostegui
3838 N. Causeway Blvd, Suite 2060
Metairie, LA 70002

Liberty Bank
3801 Canal St
New Orleans, LA 70119

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081

Ocwen
13650 Ingenuity Drive
Orlando, FL 32826

P&B Captial Group, LLC
369 Washington Street
Suite 100
Buffalo, NY 14203-2118

Radio/Cbna
Po Box 7038
Sioux Falls, SD 57117-7038

Radio/Cbna
Po Box 6497
Sioux Falls, SD 57117

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117

Sears/Cbna
133200 Smith Rd
Cleveland, OH 44130

Shell/Citi
Po Box 6497
Sioux Falls, SD 57117

Shell/Citi
Po Box 15687
Wilmington, DE 19850

Snap On Crdt
950 Technology Way Ste 301
Libertyville, IL 60048

SRA Associates
401 Minnetonka Road
Hi Nella, NJ 08083

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Td Rcs/Kirschman Furni
1000 Macarthur Blvd
Mahwah, NJ 07430

Tnb - Target
Po Box 673
Minneapolis, MN 55440

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

Wells Fargo
Po Box 29704
Phoenix, AZ 85038

Wells Fargo
P.O. Box 29704
Phoenix, AZ 85038

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Wffinance
800 Walnut St
Des Moines, IA 50309

Wfnnb/Ashley Stewart
Po Box 182789
Columbus, OH 43218

Wfnnb/Lane Bryant
Po Box 182789
Columbus, OH 43218

Wfnnb/Newport News
101 Crossway Park West
Woodbury, NY 11797